ACCEPTED
14-14-00617-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/5/2015 4:05:00 PM
CHRISTOPHER PRINI
CLERK

NO. 14-14-00617-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 4:05:00 PM
CHRISTOPHER A. PRINE
Clerk

SANDS L. STIEFER, CHIEF APPRAISER OF THE
HARRIS COUNTY APPRAISAL DISTRICT

*APPELLANT,*

V.

EDWARD MOERS AND DANIEL MOERS

*APPELLEES.*

APPEAL FROM THE 151ST JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2013-58215

**APPELLEES' UNOPPOSED SECOND MOTION FOR EXTENSION
OF TIME TO FILE APPELLEES' BRIEF**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees, Edward Moers and Daniel Moers, hereby file this their Unopposed Second Motion to Extend Time to File Appellees' Brief, and would show the Court as follows:

1. Appellees are Edward Moers and Daniel Moers.

2. Appellant is Sands L. Stiefer, Chief Appraiser of the Harris County Appraisal District.

3. Appellees' Brief is due on January 5, 2015.

4.     This motion is being e-filed before the deadline to file the motion to extend time to file Appellees' Brief.

5.     The Moers represented themselves *pro se* in the trial court, and the undersigned counsel was not retained after the filing of the Brief of Appellant. The undersigned counsel initially sought an extension because the record on appeal did not contain the court reporter's record/transcript of the hearing on the plea to the jurisdiction that is the sole subject of this interlocutory appeal. After that record/transcript was filed, the undersigned counsel obtained a copy of the Clerk's and Reporter's Records directly from the Court containing that Reporter's Record as well as two separate Clerk's Records. While preparing the Brief of Appellees during the week of Christmas, the undersigned counsel discovered that the Clerk's Record did not contain Plaintiffs' [Appellees'] Response to Defendant's [Appellant's] Plea to the Jurisdiction and Motion to Dismiss" ("Response to the Plea") despite the facts that: (a) such response had been requested to be included in the Clerk's Record as a Second Supplement by Defendant/Appellant on September 22, 2014, and (ii) the Brief of Appellant specifically references a Second Supplemental Clerk Record on page iii. For the Court's convenience, a true and correct copy of Defendants' Request to Prepare Second Supplemental Clerk's Record filed on September 22, 2014, is attached hereto and incorporated herein as Exhibit "A".

6.     The undersigned counsel contacted one of the clerks of this honorable Court who confirmed that the Response to the Plea was not included in the Clerk's Record filed with the Court and that no Second Supplemental Clerk's Record had ever been submitted to the Court. The Clerk surmised that Appellant had forgotten to pay for that record, and that is why it was never filed with the appellate court. The clerk stated that usually is the reason for a record not being timely filed.

2

7.    Insofar as Appellees need to be able to cite to their Response to the Plea in their Brief, the undersigned counsel contacted opposing counsel to ascertain if he knew why the Second Supplemental Clerk's Record had never been filed with the Court. Appellant's counsel was not aware that the Second Supplemental Clerk's Record had not been filed with the Court, and he promised to make sure that such record was paid for and filed. It appears that either the law firm representing Appellant accidentally forgot to pay for that supplemental record, or that supplemental record was paid for but not timely prepared and/or filed by the trial court. However, due to the holidays, Appellant's counsel believed that it would be the week of January 5th before the issue could be resolved.

8.    The undersigned counsel has continued to work on the Brief of Appellees, and the brief is substantially done. However, that brief cannot be completed until Appellees can properly cite to arguments made in the Response to the Plea that are contained in the Clerk's Record. Insofar as the undersigned counsel believes that the Second Supplemental Clerk's Record likely will be filed with this honorable Court within two weeks, Appellees respectfully request a twenty-one (21) day extension of time to file their brief—until January 26, 2015.

9.    Appellant does not oppose the requested extension as set forth on the Certificate of Conference below.

10.    Appellees have received only one prior extension to file their Brief.

11.    Appellees attach a Verification to this motion to establish the facts which are the basis for this motion.

WHEREFORE, Appellees Edward Moers and Daniel Moers respectfully request the Court to grant a twenty-one day extension of time to file their brief until and including January 26, 2015, and for such other relief which may be granted.

3

Respectfully submitted,

G. SCOTT WILLIAMS
Texas Bar No. 21536950
1811 Bering Drive, Suite 120
Houston, Texas 77057
Telephone: (713) 553-3054
Facsimile: (713) 626-4545
e-mail: gswms@hotmail.com

**ATTORNEY FOR APPELLEES**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted Appellant's counsel to ascertain whether Appellant opposes the relief requested by this motion. Appellant does not oppose the requested extension.

G. SCOTT WILLIAMS

**VERIFICATION**

STATE OF TEXAS           §
                         §
COUNTY OF HARRIS         §

BEFORE ME, the undersigned authority, personally appeared G. Scott Williams, who after being duly sworn stated under oath deposed that he is the attorney of record for Appellants Edward Moers and Daniel Moers in this appeal; that he is fully authorized and capable of making this Verification; that the statements contained in paragraph 5-10 are within his personal knowledge and are true and correct.

G. SCOTT WILLIAMS

SUBSCRIBED AND SWORN TO BEFORE ME, on January 5, 2015, to certify which witness my hand and seal of office.

DEBBIE JOHNSON
Notary Public, State of Texas
My Commission Expires
December 29, 2018

Notary Public - State of Texas

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record for Appellant on this 5th day of January, 2015, in accordance with the Texas Rules of Civil and Appellate Procedure in the manner indicated below:

Eric C. Farrar
Olson & Olson, L.L.P.
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
**Facsimile: (713) 533-3888**

G. SCOTT WILLIAMS

CAUSE NO. 2013-58215

| | | |
|---|---|---|
| EDWARD MOERS AND DANIEL MOERS, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| HARRIS COUNTY APPRAISAL DISTRICT, CHIEF APPRAISER OF HARRIS COUNTY APPRAISAL DISTRICT, SANDS L. STIEFER, AND HARRIS COUNTY APPRAISAL REVIEW BOARD, | § § § § § § § § | |
| Defendants. | § | 151st JUDICIAL DISTRICT |

## DEFENDANTS' REQUEST TO PREPARE SECOND SUPPLEMENTAL CLERK'S RECORD

TO: THE CLERK OF SAID COURT:

NOW COMES, the Sands Stiefer, Chief Appraiser of the Harris County Appraisal District, Defendants and now Appellants in the above-entitled and numbered cause, who has given notice of appeal in said cause, and requests the Clerk of this Court to prepare a supplemental record of the proceedings in this cause and to include therein the following:

1. Plaintiffs' Response to Defendants' Plea to the Jurisdiction and Motion to Dismiss with Exhibit A, filed July 1, 2014 (Image Nos. 61430153, 61430154).

2. This request for a second supplemental clerk's record.

Please advise us of the cost for preparation of the Second Supplemental Clerk's Record, and payment will be made promptly.



EXHIBIT
"A"

OLSON & OLSON, L.L.P.

By:    /s/ Eric C. Farrar
       Eric C. Farrar
       State Bar No. 24036549
       efarrar@olsonllp.com
       Wortham Tower, Suite 600
       2727 Allen Parkway
       Houston, Texas 77019-2133
       Telephone:  (713) 533-3800
       Telecopy:   (713) 533-3888

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2014, a true and correct copy of the foregoing Request for Clerk's Record was sent by:

☒  telecopy
☒  certified mail, return receipt requested to Daniel Moers
☐  hand delivery

to Edward Moers, 18715 K-Z Road Cypress, Texas 77433, (281) 351-6127 and Daniel Moers 18338 Mueschke Road Cypress, Texas 77433; and to Graylon Wells, County Attorney's Office, 1019 Congress 16th Floor Houston, Texas 77019, (713) 274-5138.

/s/ Eric C. Farrar
Eric C. Farrar

Moers 2014-58215
Request for Clerk's Record                    2